IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00735-REB
Criminal Action No. 92-cr-00245-REB

UNITED STATES OF AMERICA,

v.

GEORGE ERMAN DAGO,

    Defendant-Movant.
_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Robert E. Blackburn [#60], filed Mar. 21, 2013, the following Final Judgment is hereby entered:

    1. That the Motion to Vacate under 28 U.S.C. 2255 [#205] filed March 18, 2013, is DENIED;

    2. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

    3. The corresponding civil action is hereby CLOSED.

    DATED at Denver, Colorado, this 22nd day of March, 2013.

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                      Edward P. Butler, Deputy Clerk